ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RUPERT M. ROE,<br><br>            Petitioner,<br><br>    v.<br><br>MONTGOMERY,<br><br>            Respondent. | Case No. CV 14-02116 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.


Dated: March 26, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE